AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:12mj-129 | Date and time warrant executed: 3/23/2012, 10:30 AM | Copy of warrant and inventory left with: Postmaster |
| Inventory made in the presence of: Anita Hauser | | |
| Inventory of the property taken and name of any person(s) seized: Nothing Seized | | |

MICHAEL J. NEWMAN
UNITED STATES
MAGISTRATE JUDGE

12 MAR 29 AM 10: 29

FILED

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/23/2012

*Executing officer's signature*

S. McDonough, Postal Inspector
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

FILED
12 MAR 23 AM 11:04

MICHAEL J. NEWMAN
UNITED STATES
MAGISTRATE JUDGE

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Express Mail Parcel, Label Number, EI 034941524 US, postmarked March 22, 2012, addressed to Cole K Taylor, 1623 Knoxville Rd, St. Marys, OH 45885, with a return address of Michael Taylor, 674 Palm Ave, Spc 18, Imperial Beach, CA 91932.

Case No. 3:12 mj 129

MICHAEL J. NEWMAN

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___Ohio___
*(identify the person or describe the property to be searched and give its location)*:
Express Mail Parcel, Label Number, EI 034941524 US

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 6, 2012___
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.  ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Michael J. Newman___ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for ___ days (not to exceed 30).
☐ until, the facts justifying, the later specific date ___.

Date and time issued: ___March 23, 2012 11 am___

City and state: Dayton, Ohio

*Hon. Michael J. Newman*
*United States Magistrate Judge*
*Printed name and title*